# EXHIBIT A

# SUMMONS - CIVIL

JD-CV-1 Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

See other side for instructions

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☒ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 300 Grand Street, Waterbury, CT. 06702 | (203) 591-3300 | July 31st, 2018 |

| ☒ Judicial District ☐ Housing Session | ☐ G.A. Number: | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) WATERBURY | Case type code (See list on page 2) Major: T  Minor: 90 |

For the Plaintiff(s) please enter the appearance of: Marlon Brathwaite, 48 Howe St, New Haven CT 06511

Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code)
Christopher Shuckra + Harold Sterling, 285 Shaker Road, Enfield CT. 06082
David V. Myles, P.O. Box 699, Waterbury, CT. 06720

Juris number (to be entered by attorney only)

Telephone number (with area code): (860) 296-3000

Signature of Plaintiff (if self-represented): Harold Sterling, David V. Myles, Christopher Shuckra

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.   ☐ Yes  ☒ No

Email address for delivery of papers under Section 10-13 (if agreed to): Wenda Brathwaite, Marlon Brathwaite

Number of Plaintiffs: 4    Number of Defendants: 4    ☒ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party | |
|---|---|---|
| First Plaintiff | Sterling, Harold | #385973 - Robinson C.I., 285 Shaker Road, Enfield, CT. 06082 | P-01 |
| Additional Plaintiff | Myles, David V. | P.O. Box 699, Waterbury, CT. 06720 | P-02 |
| First Defendant | Securus Technologies, Inc. | c/o CT. Corporation System, 67 Burnside Avenue, East Hartford CT 06108 | D-01 |
| Additional Defendant | (CS) Pickens, Robert (CEO, Securus) | c/o CT. Corporation System, 67 Burnside Avenue, East Hartford CT 06108 | D-02 |
| Additional Defendant | Platinum Equity, LLC | c/o CT. Corporation System, 67 Burnside Avenue, East Hartford CT 06108 | D-03 |
| Additional Defendant | (CS) Gores, Tom T. (CEO, Platinum) | c/o CT. Corporation System, 67 Burnside Avenue, East Hartford CT 06108 | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at *www.jud.ct.gov* under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at *www.jud.ct.gov* under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed (Sign and "X" proper box) Beth Burns | ☐ Commissioner of the Superior Court ☒ Assistant Clerk Deputy Chief | Name of Person Signing at Left Beth Burns | Date signed 6/13/18 |

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

File Date

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) Harold Sterling, David V. Myles, Christopher Shuckra, Wenda Brathwaite, Marlon Brathwaite | Date 2/23/2018 | Docket Number W18 502266 |

(Page 1 of 2)

**CIVIL SUMMONS**
**CONTINUATION OF PARTIES**
JD-CV-2   Rev. 9-12

STATE OF CONNECTICUT
**SUPERIOR COURT**

First named Plaintiff (Last, First, Middle Initial)
Sterling, Harold

First named Defendant (Last, First, Middle Initial)
Securus Technologies, Inc.

**Additional Plaintiffs**

| Name (Last, First, Middle Initial, if individual) | Address (Number, Street, Town and Zip Code) | CODE |
|---|---|---|
| Shuckra, Christopher | # 213510 - Willard-Cybulski C.I. 391 Shaker Road, Enfield, CT. 06082 | 03 |
| Brathwaite, Marlon | The Sierra Center 48 Howe Street, New Haven, CT. 06511 | 04 |
|  |  | 05 |
|  |  | 06 |
|  |  | 07 |
|  |  | 08 |
|  |  | 09 |
|  |  | 10 |
|  |  | 11 |
|  |  | 12 |
|  |  | 13 |

**Additional Defendants**

| Name (Last, First, Middle Initial, if individual) | Address (Number, Street, Town and Zip Code) | CODE |
|---|---|---|
| AT+T Corp. | Agent-for-Service: CT. Corporation System 67 Burnside Avenue, East Hartford, CT 06108 | 05 |
| Abry Partners | 888 Boylston, Suite 1600 Boston, MA 02199 | 06 |
|  |  | 07 |
|  |  | 08 |
|  |  | 09 |
|  |  | 10 |
|  |  | 11 |
|  |  | 12 |
|  |  | 13 |
|  |  | 14 |

FOR COURT USE ONLY - File Date

Docket number

CIVIL SUMMONS-Continuation

RETURN DATE: 7/31/2018     :     SUPERIOR COURT

HAROLD STERLING,     :     J.D. OF WATERBURY
CHRISTOPHER SHUCKRA
DAVID V. MYLES
MARLON BRATHWAITE

V.S.     :

SECURUS TECHNOLOGIES, INC.
ABRY PARTNERS, ET AL.     :     FEBRUARY 23, 2018
PLATINUM EQUITY, LLC
AT+T Corp.

## COMPLAINT

1. Plaintiffs Harold Sterling and Christopher Shuckra[a] have served periods of incarcerations within the state of Connecticut Department of Correction[1] at various times between 2015 and the present day;

2. While incarcerated within the Connecticut Department of Correction plaintiffs Sterling and Shuckra had occasion to utilize the "collect call only" telephones provided by the CT-DOC through its contractor Securus Technologies, Inc. and Abry Partners to call their friends and relatives, who were charged $3.90 (three dollars and ninety cents) for every fifteen (15) minute phone call (a call rate of twenty-four[24] cents per minute);

---

[1] Connecticut Department of Correction shall be referred to as "CT DOC" throughout this Complaint.

[a] The word "plaintiffs" in this complaint shall refer to Harold Sterling, Christopher Shuckra, David Myles and Marlon Brathwaite.

1

3. While in the community, plaintiffs Sterling and Shuckra received "collect calls" and established advance pay accounts to receive phone calls from inmates that were in the custody of the Connecticut Department of Correction;

4. Plaintiffs Sterling and Shuckra personally expended thousands of dollars to pay for collect phone calls received from inmates in CT-DOC custody between 2015 and present day;

5. The plaintiffs collectively and at various times have received unauthorized "robo calls" and said calls violate the Telephone Consumer Protection Act of (TCPA).

6. The defendants Securus Technologies and Platinunm Equity[3] pay an improper and allegedly illegal "kickback" commission to the state of Connecticut which greatly inflates the per minute rate the plaintiffs pay to receive collect call phone calls from inmates in the custody of the CT-DOC;

7. The "kickback" commission enumerated in paragraphs # 7 is excessive and taxed directly to persons who pay to receive phone calls from inmates in the custody of the CT-DOC, such as the plaintiffs;

8. The defendants fail to advice the plaintiffs and others paying for "collect calls" from inmates that such a kickback commission and is directly added to the cost of said collect phone calls;

9. The plaintiffs have been charges a fee of $3.00 (three dollars) when they load funds onto the advance pay accounts. This fee is excessive and the plaintiffs

---

3. The word "defendants" in this lawsuit collectively refer to Securus Technologies, Inc., Platinum Equity, LLC, AT+T Corp. and Abry Partners.

must pay the fee to continue to fund their advance pay accounts and receive continuous collect phone calls from inmates in CT-DOC custody;

10. On numerous occasions the defendants have frozen or closed the plaintiff's advance pay accounts for no reason, provide no "appeal" process to have the advance pay account un-frozen or re-opened and in essence "freeze out" the plaintiffs phone numbers without due process;

11. On information and belief the defendants utilize voice over internet protocol (VOIP) to provide telecommunication services to the plaintiffs. Many of these phone calls are of very poor quality and are often disconnected prematurely.

12. When the events described in paragraph #11 occur, the defendants provide the plaintiffs absolutely no process or procedure to obtain "credit" for poor quality or disconnected calls and the defendants are thus unjustly enriched at the plaintiffs expense.

13. When the plaintiffs attempt to remedy any consumer service issue, it is impossible to reach a live customer service representative;

14. When funds are added to an advance pay account and not fully utilized to pay for collect calls within thirty (30) days, the defendants systematically remove the funds from the plaintiffs advance pay accounts and are again unjustly enriched via an improper and arguably illegal conversion of the plaintiffs funds to the custody and control of the defendants;

3

**FIRST COUNT (Violation of the Connecticut Unfair Trade Practices Act)**

15. The averments set forth in paragraphs 1 through 15 inclusive, of this complaint are hereby incorporated by reference as though fully set forth, and made paragraphs 1 through 15 of the first count;

16. Connecticut General Statute Section 42-110g confers a statutory right of action authorizing the implementation of this legal count within this civil proceeding;

17. The acts and/or omissions of the defendants, Securus Technologies and Abry Partners, as more particularly described within paragraphs 1 through 15 of this complaint violate Connecticut General Statute Sections 42-110(b)a, otherwise known as the Connecticut Unfair Trade Practices Act (CUTPA);

18. The defendants, Securus Technologies and Abry Partners are jointly and severally liable to the plaintiffs for their acts and/or omissions as are more fully set forth in paragraphs 1 through 15 of this complaint and for any and all damages incurred by the plaintiffs as a result thereof;

**SECOND COUNT (Conversion and Unjust Enrichment)**

19. The averments set forth in paragraphs 1 through 15 inclusive, of this complaint are hereby incorporated by reference as though fully set forth, and made paragraphs 1 through 15 of the second count;

20. The acts of the complaint constitute the tort of conversion and are actionable under Connecticut common law;

## THIRD COUNT (Violation of the Telephone Consumer Protection Act of 1991[TCPA])

21. The averments set forth in paragraphs 1 through 15, inclusive, of this complaint are hereby incorporated by reference as though fully set forth and made paragraphs 1 through 15 of the third count;

22. The acts of the defendants as enumerated within paragraphs 1 through 15 of the complaint constitute various violations under the telephone consumer protections act of 1991 (TCPA);

WHEREFORE, the plaintiffs in this matter respectfully request the following:

A. Compensatory damages against Securus Technologies Inc. and Abry Partners ;

B. Punitive damages pursuant against Securus Technologies Inc. and Abry Partners;

C. Treble damages pursuant to Connecticut General Section 52-564 against Securus Technologies, Inc. and Abry Partners;

D. Costs and expenses associated with the bringing of this action;

E. Any further relief that the court finds just and proper under the laws of the State of Connecticut;

Respectfully submitted,

*[signature]*
Harold Sterling #385973
Robinson C.I.
285 Shaker Road
Enfield, CT. 06082

*[signature]*
David V. Myles
P.O. Box 699
Waterbury, CT. 06720

*[signature]*
Christopher Shuckra #213510
~~Robinson C.I.~~ Willard-Cybulski C.I.
391 ~~285~~ Shaker Road
Enfield, CT. 06082
Tel. (860)296-3000
Email-cshuckra@gmail.com

*[signature]*
Marlon Brathwaite
The Sierra Center
48 Howe Street
New Haven, CT. 06511
Tel. (860) 532-9172

6

| | | |
|---|---|---|
| **RETURN DATE:** | : | **SUPERIOR COURT** |
| **HAROLD STERLING,** <br> **CHRISTOPHER SHUCKRA** | : | **J.D. OF WATERBURY** |
| **V.S.** | : | |
| **SECURUS TECHNOLOGIES, INC.** <br> **ABRY PARTNERS, ET AL.** | : | **FEBRUARY 23, 2018** |

## STATEMENT OF AMOUNT IN DEMAND

The amount in demand in this matter is greater than $15,000 exclusive of costs and interest.

Respectfully submitted,

The Plaintiffs

*/s/ Harold Sterling*
Harold Sterling # 385923
Robinson C.I.
285 Shaker Road
Enfield, CT. 06082

*/s/ David V. Myles*
David V. Myles
P.O. Box 699
Waterbury, CT. 06720

*/s/ Christopher Shuckra*
Christopher Shuckra
~~Robinson C.I.~~ Willard-Cybulski C.I.
391 ~~285~~ Shaker Road
Enfield, CT. 06082
Tel. (860)296-3000

*/s/ Marlon Brathwaite*
Marlon Brathwaite
The Sierra Center
48 Howe Street
New Haven, CT. 06511

7