IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HAROLD STERLING, ET AL.,<br><br>            Plaintiffs,<br><br>      v.<br><br>SECURUS TECHNOLOGIES, INC., ET AL.,<br><br>            Defendants. | **Civil Action No. 3:18-cv-1310 (VAB)** |

**DEFENDANT AT&T CORPORATION'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant AT&T Corp. states that it is a wholly-owned subsidiary of AT&T Inc., a publicly held corporation which has no parent corporation. No publicly held corporation owns 10% or more of AT&T Inc.'s stock.

Dated August 15, 2018

        By: DEFENDANT,
        AT&T CORPORATION

By: /s/ Louis J. Dagostine (ct26832)
    Louis J. Dagostine (ct26832)
    Ldagostine@cd-LLP.com
    Ciulla & Donofrio, LLP
    127 Washington Ave.
    P.O. Box 219
    North Haven, CT 06473
    Tel: (203) 239-9828

    Kyle J. Steinmetz
    (*pro hac vice to be filed*)
    Mayer Brown LLP
    71 S. Wacker Dr.
    Chicago, IL 60606
    Tel:  312.701.8547
    Email:  ksteinmetz@mayerbrown.com

3

## CERTIFICATE OF SERVICE

      I hereby certify that on this 15th day of August, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to the following pro se plaintiffs unable to accept electronic filing as indicate on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System:

Harold Sterling
Robinson C.I.
285 Shaker Rd.
Enfield, CT 06082
*Self-Represented Plaintiff*

David V. Myles
P.O. Box 699
Waterbury, CT 06720
*Self-Represented Plaintiff*

Christopher Shuckra
Willard-Cybulski C.I.
391 Shaker Rd.
Enfield, CT 06082
*Self-Represented Plaintiff*

Marlon Brathwaite
The Sierra Center
48 House St.
New Haven, CT 06511
*Self-Represented Plaintiff*

                                           /s/ Louis J. Dagostine (ct26832)