**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

HAROLD STERLING, ET AL.,

                          Plaintiffs,

          v.                                              **Civil Action No.  3:18-cv-1310 (VAB)**

SECURUS TECHNOLOGIES, INC., ET AL.,

                          Defendants.

## DEFENDANTS' OMNIBUS MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants Securus Technologies, Inc. ("Securus"), ABRY Partners VII, LP ("ABRY"), AT&T Corporation ("AT&T") and Platinum Equity, LLC ("Platinum"), by and through their undersigned counsel, move to dismiss Plaintiffs' claims against them in the above-referenced matter.  Plaintiffs' claimed violation of the Connecticut Unfair Trade Practices Act ("CUTPA"), asserted against Defendants Securus and ABRY, should be dismissed because of the statutory exemption for conduct permitted and regulated by the State pursuant to Conn. Gen. Stat. § 42-110c, as well as the pursuant to the filed rate doctrine and for failure to plausibly allege a CUTPA violation; Plaintiffs' common law claim of conversion against all Defendants fails to state a plausible claim and also fails under the filed rate doctrine; and Plaintiffs cannot maintain a cause of action against all Defendants under the Telephone Consumer Protection Act ("TCPA") because they have not and cannot allege that any of the Defendants initiated calls to the Plaintiffs, as is required under the TCPA.

Defendants Platinum, AT&T and ABRY have also filed separate motions to dismiss, this same date, setting forth additional, independent grounds for their dismissal.

ORAL ARGUMENT REQUESTED; TESTIMONY NOT REQUIRED

Dated:  August 15, 2018

| | |
|---|---|
| DEFENDANTS,<br>SECURUS TECHNOLOGIES, INC.<br>AND PLATINUM EQUITY LLC<br><br>By:/s/ Michael C. D'Agostino<br>    Michael C. D'Agostino (ct17294)<br>    MORGAN, LEWIS & BOCKIUS LLP<br>    One State Street<br>    Hartford, CT 06103-3178<br>    Tel:  860.240.2719<br>    Email:  michael.dagostino@morganlewis.com | DEFENDANT,<br>ABRY PARTNERS VII, LP<br><br>By:  /s/ Alfred U. Pavlis<br>    Alfred U. Pavlis (ct08603)<br>    Evan I. Cohen (ct29799)<br>    FINN DIXON & HERLING LLP<br>    Six Landmark Square<br>    Stamford, CT 06901-2704<br>    Tel:  203.325.500<br>    Email:  apavils@fdh.com<br><br>    Kevin B. Huff (*via pro hac vice*)<br>    Jeremy S.B. Newman (*via pro hac vice*)<br>    KELLOGG, HANSEN, TODD,<br>    FIGEL & FREDERICK, P.L.L.C.<br>    1615 M Street, N.W., Suite 400<br>    Washington, D.C. 20036<br>    Tel:  202.326.7900<br>    Email:  khuff@kellogghansen.com<br>    Email:  jnewman@kellogghansen.com |
| DEFENDANT,<br>AT&T CORPORATION<br><br>By:/s/ Louis J. Dagostine<br>    Louis J. Dagostine (ct26832)<br>    Ciulla & Donofrio, LLP<br>    127 Washington Ave.<br>    P.O. Box 219<br>    North Haven, CT 06473<br><br>    Kyle J. Steinmetz (*pro hac vice to be filed*)<br>    Mayer Brown LLP<br>    71 S. Wacker Dr.<br>    Chicago, IL 60606<br>    Tel:  312.701.8547<br>    Email:  ksteinmetz@mayerbrown.com | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of August, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to pro se plaintiffs unable to accept electronic filing as indicate on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System:

Harold Sterling
Robinson C.I.
285 Shaker Rd.
Enfield, CT 06082
*Self-Represented Plaintiff*

David V. Myles
P.O. Box 699
Waterbury, CT 06720
*Self-Represented Plaintiff*

Christopher Shuckra
Willard-Cybulski C.I.
391 Shaker Rd.
Enfield, CT 06082
*Self-Represented Plaintiff*

Marlon Brathwaite
The Sierra Center
48 House St.
New Haven, CT 06511
*Self-Represented Plaintiff*

/s/ Michael C. D'Agostino