UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTIUCUT

| | | |
|---|---|---|
| HAROLD STERLING, ET AL. | : | NO. **3:18CV01310 (VAB)** |
| v. | : | |
| SECURUS TECHNOLOGIES, INC., ET AL. | : | JUNE 20, 2019 |

### NOTICE OF CHANGE OF ADDRESS

To the Clerk of this Court and all appearing parties of record, please note the NEW address of Plaintiff David V. Myles:

- **David V. Myles**
  **P.O. Box 699**
  **Waterbury, CT  06702**

  Tel. 203-848-8069

Respectfully submitted,

*/s/ David V. Myles*

David V. Myles